

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 298TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 31st day of December, 2014, the cause on appeal to revise or reverse the judgment between

BECKY DREW AND ROBERT KEVIN DREW, Appellants

No. 05-13-01619-CV        V.

TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-12720.
Opinion delivered by Justice O'Neill, Justice Fillmore and Chief Justice Thomas, Retired, participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee Texas Farm Bureau Mutual Insurance Company recover its costs of this appeal from appellants Becky Drew and Robert Kevin Drew.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 12th day of March, 2015.

_____
LISA MATZ, Clerk